**GOODWIN v. SCHNEIDER NAT'L, INC.**

[353 N.C. 323 (2001)]

| | | |
|---|---|---|
| JOHN R. GOODWIN, JR. AND LINDA K. GOODWIN, HUSBAND AND WIFE | ) ) ) | |
| v. | ) ) | ORDER |
| SCHNEIDER NATIONAL, INC. AND KEITH (NMN) GAULT | ) ) ) | |

No. 181P99

(Filed 7 June 2001)

Upon consideration of plaintiffs' fourth motion for reconsideration of the denial of petition for discretionary review, the following order was entered:

"Having carefully considered plaintiffs' properly aligned petition and thoroughly reviewing petitioners' merits for the petition for discretionary review, the same is hereby denied.

By order of the Court in Conference, this 7th day of June, 2001."

s/ G.K. Butterfield, Jr., J.
For the Court